IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Plaintiff,                    No. CIV S-05-0596 FCD CMK P

    vs.

H. SOLIMAN,

        Defendant.                <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action.  On October 28, 2005, the court ordered plaintiff to describe the number and outcome of each of the lawsuits he has filed while a prisoner.

        On November 10, 2005, plaintiff filed his response.  He fails to describe the outcome of each lawsuit, but instead says that he suffers from a mental illness that renders him unable to remember things.  He also cites medication and psychiatric treatment as making him unable to remember the number of lawsuits he has filed.  He claims that thirty-nine of his earlier suits are in the court and he is "waiting for a response on them."

        Plaintiff has not complied with this court's order, for he has not provided any information about the dispositions of his prior lawsuits, despite similar orders in many of his other cases that have listed said dispositions found to be strikes within the meaning of the Prison

1

Litigation Reform Act. 28 U.S.C. § 1915(g); see e.g. Cambell v. Moreau, Civ. No. S-05-2105 MCE KJM P. Plaintiff was warned that failure to respond to the court's order would result in a recommendation that the action be dismissed with prejudice.

Based on the foregoing, IT IS RECOMMENDED that this action be dismissed with prejudice. Fed. R. Civ. P 11(c)(1)(B); Fed. R. Civ. P 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 6, 2006.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE